UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: **ECF Case**
SHENER M. GREENIDGE, :
: Case No. 09-CV-4224 (RRM)(ALC)
                          Plaintiff, :
:
       v. :
:
COSTCOS WHOLESALE, :
:
                        Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## COMPENDIUM OF UNREPORTED DECISIONS CITED IN DEFENDANT COSTCO WHOLESALE CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Dated: New York, New York
February 16, 2011

*Of Counsel*:

    Lorie E. Almon
    Christopher H. Lowe
    Mary E. Ahrens

                SEYFARTH SHAW LLP
                620 Eighth Avenue
         New York, New York 10018-1405
                  (212) 218-5500

               *Attorneys for Defendant*
           *Costco Wholesale Corporation*

13142829v.1

For the convenience of the Court, Defendant Costco Wholesale Corporation provides herewith copies of all unreported decisions cited in Defendant's Memorandum of Law in Support of Its Motion to Dismiss the Complaint.

## CASES

Tab

Argueta v. N. Shore Long Island Jewish Health Sys., Inc.,
    No. 01 CV 4031 (JG), 2003 WL 22670915 (E.D.N.Y. Nov. 6, 2003) ..................... 1

Baur v. Rosenberg, Minc, Falkoff & Wolff,
    No. 07 Civ. 8835 (GEL), 2008 WL 5110976 (S.D.N.Y. Dec. 2, 2008) ..................... 2

Campbell v. Home Depot U.S.A., Inc.,
    No. 03 Civ. 1421 (KMK), 2006 WL 839001 (S.D.N.Y. Mar. 30, 2006) ................. 3

Cole v. Millard Fillmore Hosp.,
    No. 96-7077, 1997 WL 321584 (2d Cir. June 13, 1997) ........................................ 4

Forde v. Beth Israel Med. Ctr.,
    No. 06 Civ. 901 (DC), 2008 WL 1816430 (S.D.N.Y. Apr. 22, 2008) ..................... 5

Galabya v. N.Y. City Bd. of Educ.,
    No. 94 Civ. 4449, 1998 WL 960304 (E.D.N.Y. Dec. 10, 1998) ............................. 6

Maturine v. American Int'l Group, Inc.,
    No. 04 CV 9064 (GBD), 2006 WL 3206098 (S.D.N.Y. Nov. 6, 2006) ................. 7

Uribe v. Kellogg's Snacks/Keebler, Inc.,
    No. 05 Civ. 02959 (PGG), 2009 WL 1098369 (S.D.N.Y. Apr. 22, 2009) ............. 8

Vuong v. N.Y. Life Ins. Co.,
    No. 03 Civ. 1075 (TPG), 2009 WL 306391 (S.D.N.Y. Feb. 6, 2009) ..................... 9

Dated: New York, New York
       February 16, 2011

          Respectfully submitted,
          SEYFARTH SHAW LLP

          By: s/ Christopher H. Lowe
              Lorie E. Almon
              Christopher H. Lowe
              Mary E. Ahrens
          620 Eighth Avenue, 32nd Floor
          New York, NY 10018-1405
          Attorneys for Defendant
          Costco Wholesale Corporation