UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHENER M. GREENIDGE,

                Plaintiff,        **ORDER**
                                  **09 CV 4224 (RRM)(LB)**

   -against-

COSTCO'S WHOLESALE,

                Defendant.
-------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

       The Court held a telephonic status conference on May 1, 2012 and discussed the next stages of the litigation with the parties. The Court set an adjourn date to give the parties time to discuss settlement and plaintiff an opportunity to speak to a lawyer. The Court shall hold a status telephone conference on May 15, 2012 at 2:30 p.m. EST. After establishing contact with plaintiff, defendant's counsel shall telephone the Court at (718) 613-2170.

SO ORDERED.

                                                     LOIS BLOOM
                                                     United States Magistrate Judge

Dated: May 2, 2012
       Brooklyn, New York

