UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

TELEPHONE CONFERENCE

MAY 29, 2012

Case Name: Greenidge v. Costcos Wholesale

Docket Number: 09-cv-4224

Tick Numbers: 2:28 – 2:41
Total Time in Court: 13 min.

**Plaintiff/Plaintiff's Counsel:**

Name: Shevez Greenidge

Address/Firm: _____

Telephone: _____

☐ This is a new address.

**Defendant(s):**

Counsel: Christopher Lowe

Firm Name: _____

Counsel: _____

Firm Name: _____